## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| **TANYA M. WHITE** | * | **CIVIL ACTION NO. 03-740** |
| **VERSUS** | * | **JUDGE JAMES** |
| **STATE FARM FIRE & CASUALTY COMPANY** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment filed by defendant, State Farm Fire & Casualty Company ("State Farm") (Document No. 31) is hereby **GRANTED**, and this matter is dismissed in its entirety, with prejudice, at plaintiff's cost.

THUS DONE AND SIGNED this 26th day of September, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE